UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:09-MJ-91-TBR

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.

CHARLES L. BOULTON                                                                    DEFENDANT

**OPINION AND ORDER**

This matter is before the Court upon Defendant's Affidavit of Non-Consent and Request to be Excused (Docket #12) and Objection to Complaint and Request for Ratification of Commencement (Docket #13). Plaintiff has responded (Docket #14). This matter is now ripe for adjudication. For the reasons that follow, Defendant's motions are DENIED.

Defendant Charles L. Boulton ("Boulton") is charged with five counts of willful failure to file income tax returns for the years 2002 through 2006 in violation of 26 U.S.C. § 7203. Defendant has filed several notices with the Court. The Court now construes these notices as motions to dismiss.

In his first motion, Boulton argues that he did not consent to criminal proceedings before the Court, and he objects to the magistrate judge's entry of his plea of not guilty. Therefore, he requests that he be excused from the present action.

The Court finds that Boulton's arguments are frivolous and without merit. First, Boulton was properly charged by an information. *See* Fed. R. Crim. Pro. 7(a)(2), 58(b)(1). Second, the magistrate judge properly entered a plea of not guilty. *See* Fed. R. Crim. Pro. 58(b)(3). As such, there is no legal basis for Boulton's exclusion from the present action.

In his second motion, Boulton moves pursuant to Federal Rule of Civil Procedure 17 for a certified copy of the ratification of commencement granting the United States authority to

prosecute him. He argues that without this document there is no evidence before the Court that he is the real party in interest in this action.

Again, the Court finds that Boulton's arguments are frivolous and without merit. First, the present action is a criminal proceeding. Therefore, the Federal Rules of Criminal Procedure apply, not the Federal Rules of Civil Procedure. To the extent that Boulton challenges the Court's jurisdiction due to an incorrect stylization of his name,[1] that argument has been rejected by numerous courts. *See, e.g., United States v. Emuegbunam*, 268 F.3d 377, 395 (6th Cir. 2001) (misspelling of name does not vitiate an indictment); *Thibodeau v. United States*, 361 F.2d 443, 444 (5th Cir. 1966) (name need not be correctly spelled in indictment if substantially the same sound is preserved).

For the above reasons, IT IS HEREBY ORDERED that Defendant's motions are DENIED.

---

[1] The information charges "Charles L. Boulton" with wilfully failure to file income tax returns. In his motion, Boulton identifies himself as "Charles-Leon: family of Boulton (hereinafter sui juris real party in interest 'Me, Myself, Mine, and/or I'")."